UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 31 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| James Lester Roudabush, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-1534 (UNA) |
| | ) | |
| C.E. Samuels, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is hereby

ORDERED that plaintiff's motion for reconsideration of the August 17, 2016 Order [Dkt. 13] is DENIED as lacking any merit. As stated in the order, the Court of Appeals had granted plaintiff's motion to dismiss his appeal, thereby rendering the related motions to reopen the time to appeal and to appeal *in forma pauperis* moot.

/s/ 
United States District Judge

DATE: October 28, 2016